In re PARK et al. (Supreme Court, Appellate Division, First Department. March 12, 1915.) In the matter of Annie G. Park and others.

PER CURIAM. Decree affirmed, with costs. Order filed.

SCOTT and HOTCHKISS, JJ., dissent.

---

In re PATCHINAKIS. (Supreme Court, Appellate Division, First Department. April 16, 1915.) In the matter of Emmanuel M. Patchinakis. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE, Respondent, v. BARCLAY, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Proceeding by the People of the State of New York against Robert L. Barclay. J. O'Neill, of New York City, for appellant. R. S. Johnstone, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. BLUTIER, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Proceeding by the People of the State of New York against Andy Blutier, impleaded with others. C. B. F. Barra, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. BRIGHT, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Proceeding by the People of the State of New York against Samuel Bright. J. L. Curtis, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

---

PEOPLE, Respondent, v. CEPRIANO, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Proceeding by the People of the State of New York against Cilo Cepriano.

PER CURIAM. Motion to dismiss appeal denied, without prejudice to a renewal thereof when the appeal is brought on for a hearing, and without prejudice to a new motion, to dismiss unless said appeal is diligently prosecuted. Whether the judgment of conviction may be reviewed under the notice of appeal which has been served will be then considered.

---

PEOPLE v. CISZENSKI. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York against Edward Ciszenski, alias, etc. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE v. CLEARY. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York against William Cleary. No opin-

ion. Motion to dismiss appeal granted. Order filed. See, also, 161 App. Div. 927, 146 N. Y. Supp. 1104.

---

PEOPLE, Respondent, v. COPETTA, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Proceeding by the People of the State of New York against Frank Copetta. No opinion. Judgment of conviction of the County Court of Kings County affirmed. See, also, 151 N. Y. Supp. 1135.

---

PEOPLE v. DE BELLIS. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York against John De Bellis. No opinion. Motion to dismiss appeal (in 87 Misc. Rep. 459, 150 N. Y. Supp. 1064) granted. Order filed.

---

PEOPLE, Respondent, v. DE MOO, Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Proceeding by the People of the State of New York against Alexander de Moo. M. Schneiderman, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. D'LEEN, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Proceeding by the People of the State of New York against Louis D'Leen. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

---

PEOPLE v. DORTHY. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Proceeding by the People of the State of New York against John F. Dorthy. No opinion. Motion granted. Order filed.

---

PEOPLE v. EGAN. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Proceeding by the People of the State of New York against Harry A. Egan. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE v. FIORE. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York against Vincenzo Fiore. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE v. ISER. SAME v. SMITH. SAME v. OHLSON. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Proceedings by the People of the State of New York against Morris Iser, against Agnes Smith, and against Chas. A. Ohlson. No opinion. Motions granted, unless appellants comply with terms stated in orders. Orders filed.